# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

August 31, 2017

Before:

WILLIAM J. BAUER, Circuit Judge
FRANK H. EASTERBROOK, Circuit Judge
KENNETH F. RIPPLE, Circuit Judge

| No. 16-3418 | DANIEL J. RATAJCZAK, JR., et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>BEAZLEY SOLUTIONS LIMITED,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:13-cv-00045-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach ||

| Nos. 16-3490 & 16-3920 | LAND O'LAKES, INC.,<br>Plaintiff - Appellant,<br><br>and<br><br>FIRST MERCURY INSURANCE COMPANY, et al.,<br>Intervening Plaintiffs, Cross-Appellees,<br><br>v.<br><br>DANIEL J. RATAJCZAK, JR., et al.,<br>Defendants - Appellees, Cross-Appellants. |
|---|---|

Nos. 16-3418 et al. 2

| Originating Case Information: |
|---|
| District Court No: 1:14-cv-01388-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach |

The judgment of the District Court is **AFFIRMED,** with costs, in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)